Stephanie Mazepa, Esq SBN 263070
WILSHIRE LAW FIRM
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
stephanie.mazepa@wilshirelawfirm.com

Attorney for Defendant
WILSHIRE LAW FIRM, PLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WILSHIRE LAW FIRM, PLC<br><br>Defendant. | Case No.: 2:24-CV-08816<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: November 6, 2024<br>Current Response Date: November 27, 2024<br>New Response Date: December 27, 2024 |

Plaintiff PAUL RYAN, and behalf of all others similarly situated ("Plaintiffs"), and Defendant WILSHIRE LAW FIRM, PLC ("Defendant"), by and through their respective counsels of record, stipulate and agree to extend the time for Defendant to respond to Plaintiffs' initial Complaint as follows:

   1.   On November 6, 2024, Plaintiffs served their Summons and Complaint on Defendant.

   2.   There have not been any prior requests for extensions submitted to the Court by any party in this matter.

///

///

3. Pursuant to a stipulation made under Local Rule 8-3, Plaintiffs and Defendant agree to extend Defendant's time to respond to Plaintiffs' initial Complaint by not more than 30 days, to December 27, 2024.

IT IS SO STIPULATED.

DATED: November 19, 2024					**PERRONG LAW LLC**

By: /s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
(*Pro Hac Vice*)
Attorney for Plaintiff PAUL RYAN
and PUTATIVE CLASS

DATED: November 19, 2024					**WILSHIRE LAW FIRM, PLC**

By: _____
Stephanie Mazepa, Esq.
Attorney for Defendant WILSHIRE
LAW FIRM, PLC

# PROOF OF SERVICE
Paul Ryan, et al. v. Wilshire Law Firm, PLC
Case No.: 2:24-CV-08816

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3055 Wilshire Blvd., 12th Floor, Los Angeles, CA 90010.

On November 22, 2024, I served the foregoing document(s) described as **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3),** on all interested parties in this action as set forth on the attached service list in the following manner:

☐ **BY MAIL:** I am familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FACSIMILE:** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

☐ **BY OVERNIGHT MAIL:** I caused said document(s) to be picked up via FEDERAL EXPRESS for delivery to the addressee(s) set forth on the attached service list on the next business day.

☐ **BY PERSONAL SERVICE:** I caused said document(s) to be delivered via personal delivery to the addressee(s) set forth on the attached service list.

☒ **BY ELECTRONIC SERVICE:** Pursuant to the agreement of the parties, I caused said document(s) to be delivered via electronic mail to the addressee(s) set forth on the attached service list.

☐ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ FEDERAL: I declare that I am employed in the office of the member of the bar of this court at whose direction the service was made.

Executed on November 22, 2024, at Los Angeles, California.

/s/ *Christian Castro*
Christian Castro

**SERVICE LIST**
Paul Ryan, et al. v. Wilshire Law Firm, PLC
Case No.: 2:24-CV-08816

| | |
|---|---|
| Andrew Roman Perrong, Esq.<br>**PERRONG LAW LLC**<br>2657 Mt Carmel Ave.,<br>Glenside, PA 19038<br>a@perronglaw.com<br><br>Dana Oliver, Esq.<br>**OLIVER LAW CENTER, INC.**<br>9681 Business Center Dr. A,<br>Rancho Cucamonga, CA 91730<br>dana@danaoliverlaw.com | Attorneys for Plaintiffs,<br>PAUL RYAN and PUTATIVE CLASS |