1  TROUTMAN PEPPER HAMILTON SANDERS LLP
2  Chad Fuller (SBN 190830)
   chad.fuller@troutman.com
3  Christine Nowland (SBN 318900)
   christine.nowland@troutman.com
4  11682 El Camino Real, Suite 400
   San Diego, CA 92130
5  Telephone:  858.509.6000
   Facsimile:  858.509.6040

6  Attorneys for Defendant
   WILSHIRE LAW FIRM, P.L.C.
7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  PAUL RYAN individually and on behalf       Case No.  2:24-cv-08816-MRA-MAR
    of all other similarly situated,
12                                             **STIPULATION TO EXTEND
                    Plaintiff,                 TIME TO RESPOND TO INITIAL
13                                             COMPLAINT**
           vs.
14                                             **MORE THAN 30 DAYS (L.R. 8-3)**
    WILSHIRE LAW FIRM. P.L.C.,
15                                             **Complaint Served: November 6,
                    Defendant.                 2024**
16
17                                             **Current Response Date: 12/27/24
                                               Requested Response Date: 1/26/25**
18

19

20

21

22

23

24

25

26

27

28

305362522

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Paul Ryan ("Plaintiff") and Defendant Wilshire Law Firm, P.L.C. ("Wilshire") (collectively, the "Parties"), by and through their counsel of record, that subject to the approval of the Court, Wilshire's time to respond to the initial Complaint shall be extended thirty (30) days to January 26, 2025.  In support of the Stipulation, the Parties state as follows:

1.   Plaintiff filed the initial Complaint on October 12, 2024.

2.   Wilshire was served with the Complaint on November 6, 2024.

3.   Pursuant to Local Rule 8-3, the parties stipulated to extend Wilshire's response deadline by thirty days.

4.   Wilshire's current deadline to respond to the Complaint is December 27, 2024.

5.   The Parties met and conferred on December 17, 2024. Wilshire is working diligently to assess the allegations in the Complaint and consider potential informal resolution of this matter. In light of the recent and upcoming holidays, the Parties agree that Wilshire requires additional time to review the Complaint and discuss informal resolution of this matter and/or meet and confer regarding Wilshire's responsive pleading.

6.   Accordingly, Wilshire requests a further extension of its responsive pleading deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

305362522

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130

1    Pursuant to this Stipulation, Wilshire will have until January 26, 2025 to

2    respond to Plaintiff's Complaint.

3

4    Dated:        December 23, 2024            OLIVER LAW CENTER, INC.

5

6                                              By: */s/ Dana J. Oliver*

7                                                 Dana J. Oliver

8                                                 Attorneys for Plaintiff
                                                  PAUL RYAN

9

10   Dated:        December 23, 2024            TROUTMAN PEPPER HAMILTON

11                                              SANDERS LLP

12

13                                             By: */s/ Chad Fuller*

14                                                Chad Fuller

15                                                Christine Nowland
                                                  Attorneys for Defendant

16                                                WILSHIRE LAW FIRM, P.L.C.

17

18

19

20

21

22

23

24

25

26

27

28

305362522

1

## **ATTESTATION**

2

 I, Chad Fuller, am the ECF user whose identification and password are being

3

used to file this Stipulation.  I hereby attest that Plaintiff's counsel, Dana J. Oliver,

4

has concurred in this filing.

5

6

7

             */s/ Chad Fuller*

8

             Chad Fuller

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130

Case No. 2:24-CV-08816-MRA-MAR