1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RYAN individually and on behalf of all other similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WILSHIRE LAW FIRM. P.L.C.,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-08816-MRA-MAR<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [ECF NO. 13]**<br><br>**MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint Served: November 6, 2024**<br><br>**Current Response Date: 12/27/24**<br>**Requested Response Date: 1/26/25** |

1. On October 12, 2024, Plaintiff Paul Ryan filed the initial Complaint.
2. Defendant Wilshire Law Firm P.L.C. was served with the Complaint on November 6, 2024.
3. Pursuant to Local Rule 8-3, Plaintiff and Defendant (collectively, the "Parties") stipulated to extend Wilshire's response deadline by thirty days.
4. Wilshire's current deadline to respond to the Complaint is December 27, 2024.
5. The Parties met and conferred on December 17, 2024. The Parties agree that Wilshire requires additional time to review the Complaint and discuss informal resolution of this matter and/or meet and confer regarding Wilshire's responsive pleading.
6. The Court, having considered the Parties' stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:
7. Wilshire will have until January 26, 2025 to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: December 23, 2024

_____
Hon. Mónica Ramírez Almadani
United States District Judge