VIRGINIA B. FLYNN, ESQUIRE
TROUTMAN PEPPER LOCKE LLP
301 S. COLLEGE STREET, SUITE 3400
CHARLOTTE, NC 28202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RYAN, individually & on behalf of others similarly situated<br><br>Plaintiff(s)<br>v.<br>WILSHIRE LAW FIRM, P.L.C.<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-08816<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

| FLYNN, VIRGINIA B. | of | TROUTMAN PEPPER LOCKE LLP |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 301 S. COLLEGE ST., SUITE 3400 |
| 704.916.1509    704.998.4051 | | CHARLOTTE, NC 28202 |
| *Telephone Number*   *Fax Number* | | |
| Virginia.Flynn@troutman.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

for permission to appear and participate in this case on behalf of

WILSHIRE LAW FIRM, PLC

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

| FULLER, CHAD R. | of | Troutman Pepper Locke LLP |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial)* | | 11682 El Camino Real, Suite 400 |
| 190830    858.509.6056    858.509.6040 | | San Diego, CA 92130 |
| *Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number* | | |
| chad.fuller@troutman.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**   ☐ be refunded   ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge