VIRGINIA B. FLYNN, ESQUIRE
TROUTMAN PEPPER LOCKE LLP
301 S. COLLEGE STREET, SUITE 3400
CHARLOTTE, NC 28202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RYAN, individually & on behalf of others similarly situated<br><br>Plaintiff(s)<br>v.<br>WILSHIRE LAW FIRM, P.L.C.<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-08816<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

FLYNN, VIRGINIA B.
*Applicant's Name (Last Name, First Name & Middle Initial*
704.916.1509          704.998.4051
*Telephone Number*     *Fax Number*
Virginia.Flynn@troutman.com
*E-Mail Address*

of

TROUTMAN PEPPER LOCKE LLP
301 S. COLLEGE ST., SUITE 3400
CHARLOTTE, NC  28202

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

WILSHIRE LAW FIRM, PLC

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

and designating as Local Counsel

Vedro, Jessamyn E.
*Designee's Name (Last Name, First Name & Middle Initial*
280209          213.928.9800          213.928.9850
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
Jessamyn.Vedro@troutman.com
*E-Mail Address*

of

Troutman Pepper Locke LLP
350 South Grand Ave., Suite 3400
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

                                        **U.S. District Judge/U.S. Magistrate Judge**