TROUTMAN PEPPER LOCKE LLP
Chad Fuller (SBN 190830)
chad.fuller@troutman.com
Christine Nowland (SBN 318900)
christine.nowland@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone:  858.509.6000
Facsimile:   858.509.6040

TROUTMAN PEPPER LOCKE LLP
Jessamyn E. Vedro (SBN 280209)
jessamyn.vedro@troutman.com
350 South Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone:  213.928.9800
Facsimile:   213.928.9850

Attorneys for Defendant
WILSHRE LAW FIRM, P.L.C.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RYAN individually and on behalf of all other similarly situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>WILSHIRE LAW FIRM. P.L.C.,<br><br>   Defendant. | Case No.  2:24-cv-08816-MRA-MAR<br><br>**NOTICE OF FIRM NAME CHANGE** |

**TO THE COURT, ALL THE PARTIES, AND THE PARTIES' RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, as of January 1, 2025, the law firm of TROUTMAN PEPPER HAMILTON SANDERS LLP has changed its name to TROUTMAN PEPPER LOCKE LLP. The street address, email addresses, telephone number, and fax number are not affected by this change. Please take notice of these changes and update your records accordingly.

| | |
|---|---|
| Dated: January 24, 2025 | TROUTMAN PEPPER LOCKE LLP |
| | By: */s/ Jessamyn E. Vedro* |
| | Chad Fuller |
| | Jessamyn E. Vedro |
| | Christine Nowland |
| | Attorneys for Defendant |
| | WILSHIRE LAW FIRM, P.L.C. |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, a copy of the foregoing **NOTICE OF FIRM NAME CHANGE** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Jessamyn E. Vedro*
Jessamyn E. Vedro