NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

TROUTMAN PEPPER LOCKE LLP
Jessamyn E. Vedro (SBN 280209)
jessamyn.vedro@troutman.com
350 South Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800

ATTORNEY(S) FOR: Defendant, Wilshire Law Firm, P.L.C.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Paul Ryan

Plaintiff(s),

v.

Wilshire Law Firm, P.L.C.

Defendant(s)

CASE NUMBER:

2:24-cv-08816-MRA-MAR

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Wilshire Law Firm, P.L.C.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None. | N/A |

January 24, 2025                          /s/ Jessamyn E. Vedro
Date                                      Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, Wilshire Law Firm, P.L.C.