FILED
CLERK, U.S. DISTRICT COURT

January 28, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge CYNTHIA VALENZUELA | ORDER OF THE CHIEF JUDGE<br>**25-032** |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Cynthia Valenzuela,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Mónica Ramírez Almadani to the calendar of Judge Cynthia Valenzuela:

| | |
|---|---|
| 2:23-cv-07073-MRA-BFMx | I.R. et al v. County of Los Angeles et al |
| 2:23-cv-07960-MRA-SSCx | Worldwide Dining, Inc. v. Scottsdale Insurance Company et al |
| 2:23-cv-09999-MRA-SSC | Ruben Adrian Cortes, Jr. v. Stephen Smith |
| 2:24-cv-00446-MRA-JPRx | SP Plus Corporation v. Steven Ramos et al |
| 2:24-cv-00716-MRA-MAAx | Michelle F. Walter et al v. County of San Luis Obispo et al |
| 2:24-cv-00981-MRA-JDEx | Marvin L. Charles v. Frank Kendall III |
| 2:24-cv-06299-MRA-RAOx | Stephen Retz v. Amazon.com, Inc. et al |
| 2:24-cv-06343-MRA-SKx | Kai Seixas v. Pacific Maritime Association |
| 2:24-cv-07619-MRA-JCx | Omar Luna v. Padco, Inc. et al |
| 2:24-cv-08816-MRA-MARx | Paul Ryan v. Wilshire Law Firm, P.L.C. |
| 5:24-cv-01063-MRA-MARx | Michelle Heard v. Wal-Mart Associates, Inc. et al |
| 8:24-cv-00332-MRA-ADSx | Andrew Flemmings v. Yash Patel et al |

In the Matter of the
Creation of Calendar for
District Judge Cynthia Valenzuela                                                                 2

---

      On all documents subsequently filed in the case, please substitute the Judge initials "CVD" after the case number in place of the initials of the prior Judge.

DATED: January 28, 2025                              _____
                                                              Chief Judge Dolly M. Gee