# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RYAN individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WILSHIRE LAW FIRM. P.L.C.,<br><br>Defendant. | Case No. 2:24-cv-08816-CV-MAR<br><br>**DECLARATION OF CHRISTINE E. NOWLAND IN SUPPORT OF STIPULATED PROTECTIVE ORDER** |

I, Christine E. Nowland, declare as follows:

1. I am an attorney licensed to practice law in the state of California and I am a member of the Bar of the United States District Court for the Central District of California. I am an attorney with the law firm Troutman Pepper Locke LLP, counsel for Defendant Wilshire Law Firm, P.L.C. ("Defendant") in this matter.

2. I make this declaration in support of the Stipulated Protective Order filed concurrently herewith. If called upon to testify as to the matters herein I could testify to their truth and accuracy.

3. The Stipulated Protective Order is substantially based on the model protective order.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2025, at San Diego, California.

*/s/ Christine E. Nowland*
Christine E. Nowland

Case No. 2:24-CV-08816-CV-MAR