dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

*Attorney for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RYAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>WILSHIRE LAW FIRM. P.L.C.<br>*Defendant.*<br><br>*DISCOVERY MATTER*<br><br>*PRESENTED TO MAGISTRATE JUDGE MARGO ROCCONI* | Case No. 2:24-cv-08816-CV-MAR<br><br>**PLAINTIFF'S NOTICE OF MOTION TO COMPEL DISCOVERY FROM DEFENDANT PURSUANT TO LR 37-2**<br><br>**Date and Time of Motion Hearing: June 11, 2025**<br><br>**Discovery Cutoff date:** [Not Yet Set]<br><br>**Pre-Trial Conference date:** [Not Yet Set]<br><br>**Trial date:** [Not Yet Set] |

1  **TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES,**

2  **AND THEIR ATTORNEYS OF RECORD:**

3

4   **PLEASE TAKE NOTICE** that on Wednesday, June 11, 2025, at 11 AM, or

5  as soon thereafter as the matter may be heard in courtroom 790 of the above

6  entitled court, located at Roybal Federal Building and United States Courthouse,

7

8  255 E. Temple St., Los Angeles, CA, 90012, Courtroom 790, 7th Floor, before the

9  Honorable Margo A. Rocconi of the United States District Court for the Central

10  District of California, Plaintiff Paul Ryan, will, and hereby does, move the Court to

11

12  compel certain responses to the Plaintiff's discovery by the Defendant, Wilshire

13  Law Firm, P.L.C., pursuant to Local Rule 37 and Rule 37 of the Fereral Rules of

14

15  Civil Procedure. This Motion is made on the grounds in the accompanying Local

16  Rule 37-2 Joint Statement, the records and pleadings on file in this matter, and any

17  other evidence that may be presented to the Court at or before the time of the

18

19  hearing.

20   **Local Rule 37-1 Compliance.** This motion is made following the

21

22  conference of counsel pursuant to Central District Local Rule 37-1.

Dated: May 16, 2025

RESPECTFULLY SUBMITTED,
BY:

/S/ ANDREW ROMAN PERRONG

ANDREW ROMAN PERRONG
(*PRO HAC VICE*)
(A@PERRONGLAW.COM)
PERRONG LAW, LLC
2657 MOUNT CARMEL AVENUE
GLENSIDE, PA 19038
OFFICE: 215-225-5529

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 16, 2025, I caused the foregoing to be electronically filed with the Clerk using the CM/ECF system, which will send notification of such filing to all counsel of record.

   /s/ *Andrew R. Perrong*
     Andrew R. Perrong