[Lines 1–17: redacted]

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 17:**

Please produce all documents containing any of the following information for each outbound telemarketing call sent by you or your vendor, including those made to the Plaintiff:

    a) the date and time;

    b) the caller ID;

    c) any recorded message used;

    d) the result;

    e) identifying information for the recipient; and any other information stored by the call detail records.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 17:**

Wilshire objects to Request for Production No. 17 to the extent it seeks information protected by the work product doctrine or any other applicable protection.  Wilshire further objects to the extent this Request implies any calls made by Wilshire constitute "telemarketing calls" as defined by 47 C.F.R. § 64.1200(f)(12)-(13).  Wilshire objects on the grounds that this Request is vague and ambiguous as to the term "result." Wilshire further objects to this request as overbroad to the extent it seeks information relating to calls not involving prerecorded or artificial voices.

Subject to and without waiving its objections, Wilshire directs Plaintiff to WILSHIRE_00000051-WILSHIRE_00000052.



Dated:  April 16, 2025                       TROUTMAN PEPPER LOCKE LLP

By: */s/Christine Nowland*
Chad R. Fuller
Virginia Bell Flynn
Christine Nowland
Attorneys for Defendant
WILSHIRE LAW FIRM, P.L.C.