**Prerecorded Messages Sent to Paul Ryan**

| Date/Time | Number Called | Caller ID |
|---|---|---|
| 6/5/2024 0:50 | 516▮▮▮ | 213▮▮▮ |
| 6/16/2024 13:07 | 516▮▮▮ | 213▮▮▮ |
| 6/16/2024 15:05 | 516▮▮▮ | 213▮▮▮ |
| 6/16/2024 16:07 | 516▮▮▮ | 213▮▮▮ |
| 6/19/2024 13:07 | 516▮▮▮ | 213▮▮▮ |
| 6/19/2024 16:07 | 516▮▮▮ | 213▮▮▮ |
| 6/19/2024 17:05 | 516▮▮▮ | 213▮▮▮ |
| 6/19/2024 20:03 | 516▮▮▮ | 213▮▮▮ |
| 6/20/2024 0:02 | 516▮▮▮ | 213▮▮▮ |
| 6/20/2024 12:08 | 516▮▮▮ | 213▮▮▮ |
| 6/23/2024 14:05 | 516▮▮▮ | 213▮▮▮ |
| 6/23/2024 16:03 | 516▮▮▮ | 213▮▮▮ |
| 6/23/2024 19:02 | 516▮▮▮ | 213▮▮▮ |
| 6/23/2024 20:05 | 516▮▮▮ | 213▮▮▮ |
| 6/23/2024 23:04 | 516▮▮▮ | 213▮▮▮ |
| 7/1/2024 19:03 | 516▮▮▮ | 213▮▮▮ |
| 8/2/2024 18:04 | 516▮▮▮ | 213▮▮▮ |
| 8/2/2024 22:02 | 516▮▮▮ | 213▮▮▮ |
| 8/2/2024 23:04 | 516▮▮▮ | 213▮▮▮ |
| 8/3/2024 0:02 | 516▮▮▮ | 213▮▮▮ |

CONFIDENTIAL                                                                                                   WILSHIRE_00000051

| | | |
|---|---|---|
| 10/4/2024 18:29 | 516▮▮▮ | 19164▮▮▮ |
| 10/4/2024 13:16 | 516▮▮▮ | 18059▮▮▮ |
| 10/3/2024 18:32 | 516▮▮▮ | 17148▮▮▮ |
| 10/3/2024 14:25 | 516▮▮▮ | 13233▮▮▮ |
| 8/8/2024 10:12 | 516▮▮▮ | 15103▮▮▮ |
| 8/7/2024 12:21 | 516▮▮▮ | 14422▮▮▮ |

CONFIDENTIAL                                                                       WILSHIRE_00000052