# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RYAN<br><br>Plaintiff(s),<br><br>v.<br><br>WILSHIRE LAW FIRM, P.L.C.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–08816–CV–MAR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __5/16/2025__

Document No.:  __33__

Title of Document:  __NOTICE OF MOTION AND MOTION to Compel Response to Request for Production 17__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Hearing information is missing, incorrect, or untimely.

Other:

Hearing was set before the district judge and it should have been calendared before the magistrate judge

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __May 19, 2025__    By:  __/s/ ShaRon P Lorenzo  sharon_lorenzo@cacd.uscourts.gov__
                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**



G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS