UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:24-cv-08816-CV (MARx)** | Date | July 7, 2025 |
|---|---|---|---|

| Title | ***Paul Ryan v. Wilshire Law Firm, P.L.C.*** |
|---|---|

| Present: The Honorable | Cynthia Valenzuela, United States District Judge |
|---|---|

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER RE SCHEDULING CONFERENCE**

On its own motion, the Court hereby ORDERS as follows:

1.    A Scheduling Conference is set for July 25, 2025, at 1:30 P.M.

2.    By July 11, 2025, the parties shall file a Schedule of Pretrial and Trial Dates Worksheet, which can be found at https://www.cacd.uscourts.gov/honorable-cynthia-valenzuela. The parties should also familiarize themselves with the Court's Scheduling and Trial Order for Civil Cases Assigned to Judge Valenzuela, available at the same link, in advance of the Scheduling Conference.

**IT IS SO ORDERED.**