dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021
Attorney for Plaintiff and Putative Class

[Additional counsel appear on signature page]

*Attorney for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RYAN individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>  v.<br><br>WILSHIRE LAW FIRM, P.L.C.<br><br>             Defendant. | Case No. 2:24-cv-08816-CV-MAR<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are also dismissed without prejudice.

- 1 -

*Ryan v. Wilshire Law Firm*

Dated: April 15, 2026          PERRONG LAW LLC

By: */s/Andrew R. Perrong*

Andrew R. Perrong

Attorney for Plaintiff
2657 Mount Carmel Avenue
Glenside, PA 19038
a@perronglaw.com
215-225-5529


Dated: April 15, 2026          TROUTMAN PEPPER LOCKE LLP

By: */s/Chad R. Fuller*

Chad R. Fuller
Virginia Flynn (*pro hac vice*)
Christine Nowland

Attorneys for Defendant
WILSHIRE LAW FIRM, P.L.C.

- 2 -

*Ryan v. Wilshire Law Firm*