# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| PAUL RYAN | |
| Plaintiff(s), | 2:24–cv–08816–CV–MAR |
| v. | |
| WILSHIRE LAW FIRM, P.L.C. | |
| Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __4/15/2026__

Document No.:  __44__

Title of Document:  __Stipulation of Dismissal__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

The parties stipulate to dismissal under F.R.Civ.P. 41(a)(1). This Stipulation requires the judge's approval, as an answer was filed on 1/24/2025.

Other:

**Note:** **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ April 22, 2026 _          By: _ /s/ Grace Kami  grace_kami@cacd.uscourts.gov _
                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS