## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Ryan | **CASE NUMBER:** |
| PLAINTIFF(S) | 2:24-cv-08816-CV-MAR |
| v. | |
| Wilshire Law Firm, P.L.C. | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 4/15/26 | 44 | STIPULATION to Dismiss Case |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Proposed document was not submitted or was not submitted as a separate attachment. The parties stipulate to dismissal under F.R.Civ.P. 41(a)(1). This Stipulation requires the judge's approval, as an answer was filed on 1/24/2025.

Dated: 4/24/26

By: *Cynthia Valenzuela*
U.S. District Judge