dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021
Attorney for Plaintiff and Putative Class

[Additional counsel appear on signature page]

*Attorney for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RYAN individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILSHIRE LAW FIRM, P.L.C.<br><br>Defendant. | Case No. 2:24-cv-08816-CV-MAR<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are also dismissed without prejudice.

- 1 -

*Ryan v. Wilshire Law Firm*

Dated: April 28, 2026          PERRONG LAW LLC

                               By: */s/Andrew R. Perrong*

                               Andrew R. Perrong

                               Attorney for Plaintiff
                               2657 Mount Carmel Avenue
                               Glenside, PA 19038
                               a@perronglaw.com
                               215-225-5529


Dated: April 28, 2026          TROUTMAN PEPPER LOCKE LLP

                               By: */s/Chad R. Fuller*

                               Chad R. Fuller
                               Virginia Flynn (*pro hac vice*)
                               Christine Nowland

                               Attorneys for Defendant
                               WILSHIRE LAW FIRM, P.L.C.

- 2 -

*Ryan v. Wilshire Law Firm*