dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021
Attorney for Plaintiff and Putative Class

[Additional counsel appear on signature page]

*Attorney for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RYAN individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILSHIRE LAW FIRM, P.L.C.<br><br>Defendant. | Case No. 2:24-cv-08816-CV-MAR<br><br>**[PROPOSED ORDER GRANTING] STIPULATION OF DISMISSAL** |

## [PROPOSED ORDER GRANTING]

## <u>STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that this matter is dismissed without prejudice, with each party to bear its own fees and costs.

- 1 -

*Ryan v. Wilshire Law Firm*

*BY THE COURT:*

_____

Hon. Cynthia Valenzuela, J.

- 2 -

*Ryan v. Wilshire Law Firm*