JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RYAN individually and on behalf of all others similarly situated, | Case No. 2:24-cv-08816-CV-MAR |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL [47]** |
| v. | |
| WILSHIRE LAW FIRM, P.L.C. | |
| Defendant. | |

On April 28, 2026, the parties filed a Stipulation to Dismiss Case Without Prejudice (the "Stipulation"). Doc. # 47. The Court, having considered the parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1.  The case is **DISMISSED** without prejudice as to the named Plaintiff, Paul Ryan;

2.  The case is **DISMISSED** without prejudice as to the putative class.

**IT IS SO ORDERED**

Dated: 5/1/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

- 1 -